**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO GARCIA,

Plaintiff,

v.

FRANK BISIGNANO,

Defendant.

CASE NO. 2:25-cv-04428-FWS-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO REVERSE AND REMAND THE COMMISSIONER'S DECISION**

In accordance with 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation (R&R) to Reverse and Remand the Commissioner's Decision and any pertinent records as needed. No party filed any timely objections to the R&R. The Court thus accepts the recommendation and orders that the Commissioner's decision be REVERSED and this action REMANDED for further administrative proceedings consistent with the findings and conclusions in the R&R. Judgment in Plaintiff's favor will be entered accordingly.

**IT IS SO ORDERED**.

Dated: October 15, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE