JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | CASE NO. 2:25-cv-04428-FWS-SK<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the filed Report and Recommendation to Reverse and Remand the Commissioner's Decision, IT IS ADJUDGED that the Commissioner's decision is REVERSED and this action is REMANDED for further administrative proceedings consistent with the Court's Order.

Dated: October 15, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE